

# THE ATTORNEY GENERAL

## OF TEXAS

**AUSTIN 11, TEXAS**

PRICE DANIEL
ATTORNEY GENERAL

December 9, 1952

Hon. Homer Garrison, Jr., Director
Texas Department of Public Safety
Camp Mabry
Austin, Texas          Opinion No. V-1545

Re: Termination of World War II
for the purposes of S.B.
119, Acts 48th Leg., 1943,
Ch. 38, respecting minimum
Dear Col. Garrison:          age of school bus drivers.

Your request for our opinion reads in part as follows:

"This Department would appreciate an opinion from your office as to whether or not the present war has so concluded as to terminate the provisions of Senate Bill 119, 48th Legislature, 1943.

"Senate Bill 119, 48th Legislature, 1943, was an amendment to Section 5, of Article 6687b, V.C.S., which latter Article reads as follows:

'Special restrictions on drivers of school buses and public or common carrier motor vehicles. No person who is under the age of twenty-one (21) years shall drive any motor vehicle while in use as a school bus for the transportation of pupils to or from school, nor any motor vehicle while in use as a public or common carrier of persons nor in either event until he has been licensed as a chauffeur.'

"Emergency Senate Bill No. 119 reads as follows:

'Until the conclusion of the present war with Germany, Italy and Japan, persons seventeen (17) years of age and over who have been licensed as

chauffeurs by the Department of
Public Safety shall be authorized
to drive any motor vehicle while in
use as a school bus for the transpor-
tation of pupils to and from school,
or any motor vehicle in use as a pub-
lic or common carrier of persons; pro-
viding that any person under twenty-
one (21) years of age who drives said
school buses must be recommended by
the County Superintendent and local
school principal, and all statutes
now prohibiting the operation of such
motor vehicles by persons under the
age of twenty-one (21) years are sus-
pended until the conclusion of hos-
tilities. Provided, however, that
this Act will not apply to drivers
of vehicles operated under permit
or certificate issued by the Rail-
road Commission of Texas.'

"The question here presented was submitted
to the Attorney General's Department on September
4, 1945, and resulted in Opinion No. 0-6747,
approved October 26, 1945, in which the opinion
was expressed that the present war has not yet
legally concluded and cannot be considered as
concluded in the legal sense even though actual
hostilities are at an end. The Opinion went on
to say:

'Senate Bill 119 will not expire until
the Congress of the United States, or
the President by authority of Congress,
formally proclaims the termination or
conclusion of the present war.'

"Pursuant to the above Opinion No. 0-6747,
the Driver's License Division of this Department
has continued to accept the fact that the pro-
visions of Senate Bill No. 119 are still in effect.

"The above quoted Opinion was issued prior
to the decisions in the cases of Lincoln vs.
Harvey, Tex. Civ. App., 191 S.W.2d 764, 765,
and Victory Truck Line vs. Railroad Commission,
Tex. Civ. App., 207 S.W.2d 210, 216. The
Opinions in those two cases suggest that it

may have been the intent of the Legislature
that the war shall have ended for the purposes
of the Act when the conditions have ended which
created the necessity for the passage of the
Act.

"In view of the above and in view of
the passage of time and the termination of
the conditions which created the necessity for
the relaxation of the provisions of Section
5, of Article 6687b, we will appreciate your
reconsideration of the question which we here
re-state as follows:

'Has World War II so concluded as to
terminate the provisions of Senate
Bill 119, 48th Legislature, 1943?'"

We are of the opinion that your question should
be answered in the affirmative.

By telegram dated September 4, 1952, this
office inquired of the Secretary of State, Washington,
D.C., regarding the termination of a state of war with
Germany, Italy, Japan, and other Powers against which
war had been declared by the United States. We quote
from the letter dated September 11, 1952, in answer
thereto, as follows:

"Reference is made to your telegram of
September 4, 1952, in which you make certain in-
quiries regarding the entry into force of the
peace treaties and the termination of World
War II.

"The Treaty of Peace with Japan, signed
at San Francisco on September 8, 1951, was
approved by the Senate on March 20, 1952, and
ratified by the President on April 15, 1952.
The Treaty came into force on April 28, 1952,
the date on which a majority of the States,
including the United States, deposited in-
struments of ratification as provided in Ar-
ticle 23 of the Treaty. The President on
that same day, April 28, 1952, proclaimed the
Treaty and the termination of the state of war
with Japan. . . .

"The treaties of peace with Italy, Bulgaria, Hungary, and Rumania, signed at Paris on February 10, 1947, were approved by the Senate on June 5, 1947, and ratified by the President on June 14, 1947. The treaties came into force on September 15, 1947, the date on which, with respect to the Italian treaty, instruments of ratification were deposited by the United States, the United Kingdom, France, and the Soviet Union, and, with respect to the Bulgarian, Hungarian, and Rumanian treaties, instruments of ratification were deposited by the United States, the United Kingdom, and the Soviet Union. On September 15, 1947, the President proclaimed each of the aforementioned peace treaties and the termination of the states of war with Italy, Bulgaria, Hungary, and Rumania. The text of each of those proclamations may be found in 61 Stat. 1246-1754, 1758-1912, 1916-2062, and 2066-2227.

"The state of war between the United States and Germany was terminated on October 19, 1951, pursuant to House Joint Resolution No. 289, approved October 19, 1951, entitled 'Joint Resolution to Terminate the State of War Between the United States and the Government of Germany' (Public Law 181, 82d Congress). This termination was proclaimed by the President in his proclamation No. 2950 of October 24, 1951, which may be found on page 51 of Volume 3, 1951, Supplement, of the Code of Federal Regulations."

The "present war" (World War II) which created the necessity for the suspension of the provisions of Section 5 of Article 6687b having been officially ended, the provisions of Senate Bill 119, Acts 48th Leg., 1943, Ch. 38, p. 41, have now expired.

## SUMMARY

World War II was officially terminated on April 28, 1952, the date on which the Treaty of Peace with Japan came into force, and the act authorizing persons under 21 and over 17 years of age licensed as chauffeurs to operate

school buses or public or common
carriers until the conclusion of that
war has now expired (S.B. 119, Acts
48th Leg., 1943, Ch. 38, p. 41).

Yours very truly,

APPROVED:

William S. Lott
State Affairs Division

Mary K. Wall
Reviewing Assistant

Charles D. Mathews
First Assistant

vft/mlh

PRICE DANIEL
Attorney General

By V. F. Taylor
Assistant